In re:

Tammy Lynn Green

    Debtor

Case No. 26-01681-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jul 13, 2026 | Form ID: ntcnfhrg | Total Noticed: 41 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy Lynn Green, 1568 Shoemaker Avenue, West Wyoming, PA 18644-1023 |
| 5810594 | + | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-7289 |
| 5810595 | #+ | Dr. Santo Lafoca, 20 N Main Street, Pittston PA 18640-1838 |
| 5810599 | | Lehigh Valley Health Network, PO Box 781733, Philadelphia PA 19178-1733 |
| 5810619 | + | Thomas Jefferson University Hospital, 111 S 11th Street, Philadelphia, PA 19107-5084 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5817192 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2026 18:59:41 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5810587 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2026 18:59:40 | Ally Credit Card, PO Box 9222, Old Bethpage NY 11804-9222 |
| 5810588 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2026 18:59:41 | Ally Credit Cards, 1000 N West Street Floor 11, Wilmington DE 19801-1058 |
| 5810589 | + | Email/Text: bk@avant.com | Jul 13 2026 18:51:00 | Avant, 222 Merchandise Mart Plz, Suite 900, Chicago, IL 60654-1105 |
| 5810590 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 13 2026 18:51:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5810591 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2026 18:59:40 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5813410 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2026 18:59:52 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5810592 | + | Email/Text: bankruptcy@cavps.com | Jul 13 2026 18:51:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Vallhalla, NY 10595-2321 |
| 5810593 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2026 18:51:00 | Comenity Bank Boscovs, PO Box 182120, Columbus OH 43218-2120 |
| 5810596 | ^ | MEBN | Jul 13 2026 18:49:08 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5810597 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2026 19:23:42 | Good Year CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5810598 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 13 2026 18:51:00 | Jefferson Capital Systems, 200 14th Ave E, Sartell MN 56377-4500 |
| 5810601 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2026 18:59:41 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |

| 5817191 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 13 2026 18:59:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5810600 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Jul 13 2026 18:51:00 | Lending Club, 595 Market Street Suite 200, San Francisco, CA 94105-5839 |
| 5810604 | Email/Text: ml-ebn@missionlane.com | | |
| | | Jul 13 2026 18:51:00 | Mission Lane Tab Bank, 101 2nd Street Suite 350, San Francisco CA 94105 |
| 5810603 | Email/Text: ml-ebn@missionlane.com | | |
| | | Jul 13 2026 18:51:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta GA 30304 |
| 5810602 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jul 13 2026 18:51:00 | Midland Funding LLC, 320 East Big Beaver #300, Troy MI 48083-1271 |
| 5810605 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jul 13 2026 18:59:40 | Ollo Credit Card, PO Box 660371, Dallas TX 75266-0371 |
| 5810607 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 13 2026 18:59:41 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 5810606 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Jul 13 2026 19:12:36 | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5810608 | Email/Text: clientservices@sourcerm.com | | |
| | | Jul 13 2026 18:51:00 | Source Receivables Management, 4615 Dundas Dr #102, Greensboro, NC 27407 |
| 5810609 | + Email/Text: clientservices@sourcerm.com | | |
| | | Jul 13 2026 18:51:00 | Source Receivables Management, PO Box 4068, Greensboro, NC 27404-4068 |
| 5810610 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 13 2026 18:59:45 | Synchrony Bank HSN, PO Box 965017, Orlando FL 32896-5036 |
| 5810611 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 13 2026 18:59:45 | Synchrony Bank HSN, PO Box 965036, Orlando FL 32896-0090 |
| 5810612 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 13 2026 18:59:40 | Synchrony Bank JC Penney, PO Box 965036, Orlando FL 32896-0090 |
| 5810613 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 13 2026 18:59:40 | Synchrony Bank Lowes, PO Box 965036, Orlando FL 32896-5036 |
| 5810614 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 13 2026 18:59:52 | Synchrony Bank PPC, PO Box 965005, Orlando FL 32896-5005 |
| 5810615 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 13 2026 18:59:45 | Synchrony Bank QVC, PO Box 965036, Orlando FL 32896-5036 |
| 5810616 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 13 2026 18:59:52 | Synchrony Bank Sams Club, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 5810617 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 13 2026 18:59:40 | Synchrony Bank TJ Max, P.O. Box 965015, Orlando, Florida 32896-5015 |
| 5810618 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 13 2026 18:59:41 | THD/CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5810620 | Email/Text: bknotice@upgrade.com | | |
| | | Jul 13 2026 18:51:00 | Upgrade Inc, 275 Battery Street 22nd Floor, San Francisco, CA, 94111 |
| 5816682 | Email/Text: bknotice@upgrade.com | | |
| | | Jul 13 2026 18:51:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |
| 5810621 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | Jul 13 2026 18:59:52 | Wells Fargo, PO Box 14517, Des Moines IA 50306-3517 |
| 5816866 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |
| | | Jul 13 2026 18:59:45 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Tammy Lynn Green johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| Maggie Soboleski | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC msoboleski@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Tammy Lynn Green,                    Chapter      13

**Debtor 1**

Case No.      5:26−bk−01681−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 13, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 20, 2026 Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 13, 2026 |

ntcnfhrg (08/21)